# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DAVID LEWIS                                                                                                          PLAINTIFF
ADC #105476

v.                                             NO. 5:10CV00177 JLH/HDY

LARRY NORRIS, *et al.*                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 30th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE